IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


LASHONDA SLATER, SLATER, ROCHELLE                    PLAINTIFFS
ANTHONY, SHARON LEWIS,
AND MICHELLE REEVES, ON BEHALF
OF THEMSELVES AND ALL OTHER SIMILARLY
SITUATED

VS.                                    CIVIL ACTION NO. 3:07CV119TSL-JCS

FAMILY DOLLAR STORES, INC.,                          DEFENDANTS
D/B/A FAMILY DOLLAR STORES, AND
JOHN DOES 1-10


ORDER

     This cause is before the court on the motion of defendant

Family Dollar Stores, Inc. to transfer venue to the United States

District Court for the Western District of North Carolina.

Having regarded defendant as having raised a new argument in its

rebuttal submission, i.e, transfer based on the first-to-file

rule, in effort to allow the plaintiffs to respond to the

argument, on September 27, 2007, the court entered a show cause

order, requiring plaintiffs to show cause, on or before October

8, 2007, why this case should not be transferred pursuant to the

first-to-file rule.  On October 12, 2007, the court granted

plaintiff's first motion for an extension of time to respond to

the show cause order, granting plaintiffs until October 18, 2007

to respond.  However, as of this date, plaintiffs have not

responded to the order.  Accordingly, for the reasons set forth

in the September 27, 2007 show cause order, the court concludes

that defendant's motion should be granted and thus, that this

case should be transferred to the United States District Court

for the Western District of North Carolina, Charlotte Division.

SO ORDERED, this the 26th day of October, 2007.


                         S/ James C. Sumner_____
                         UNITED STATES MAGISTRATE JUDGE