# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:07cv501

| | |
|---|---|
| LASHANDA SLATER, ROCHELLE ANTHONY, SHARON LEWIS, AND MELISSA REEVES, on behalf of themselves and all others similarly situated, <br>                 Plaintiffs, <br> v. <br> FAMILY DOLLAR STORES, INC., and JOHN DOES 1-10 <br>                 Defendant. | ORDER |

THIS MATTER is before the Court sua sponte. The Court anticipates that the Plaintiffs will move for certification of the class. Some preliminary discovery is warranted to answer this question, thus, the parties are hereby directed to submit a list of matters suitable for discovery (and the reasons for their inclusion) that would illuminate the question of class certification within THIRTY days.

IT IS SO ORDERED.

Signed: January 22, 2008

Graham C. Mullen
United States District Judge